Matter of Lubrano v Bourne-Clarke
2026 NY Slip Op 03806
June 17, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Giuseppe Lubrano, petitioner,
v
Sharon A. Bourne-Clarke, etc., et al., respondents.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on June 17, 2026
2026-02132 DECISION, ORDER & JUDGMENT
Cheryl E. Chambers, J.P.
William G. Ford
Susan Quirk
Lisa S. Ottley, JJ.

Giuseppe Lubrano, Brooklyn, NY, petitioner pro se.

[*1]
Proceeding pursuant to CPLR article 78, inter alia, in effect, in the nature of mandamus to compel the respondent Sharon A. Bourne-Clarke, a Justice of the Supreme Court, Kings County, to issue an order transferring all proceedings in a proceeding entitled Matter of Lubrano v Bourne-Clarke, pending in that court under Index No. 520176/25, to this Court pursuant to CPLR 7804(g), and application by the petitioner for a waiver of costs, fees, and expenses.
ORDERED that the application for a waiver of costs, fees, and expenses is granted to the extent that the filing fee imposed by CPLR 8022(b) is waived, and the application is otherwise denied as academic; and it is further,
ADJUDGED that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.
The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (see Matter of Legal Aid Socy. of Sullivan County v Scheinman, 53 NY2d 12, 16). The petitioner has failed to demonstrate a clear legal right to the relief sought.
CHAMBERS, J.P., FORD, QUIRK and OTTLEY, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court